## McBRIDE *et al. v.* MOSLEY.

FISH, J.   It affirmatively appearing that the evidence demanded a
finding in the plaintiff's favor; that, under the pleadings and evi-
dence, the amount of his recovery should be $2,671.04, with interest
thereon from Oct. 29, 1897; and that, irrespective of the errors al-
leged, he is entitled to such a recovery, the judgment below should
not be set aside but allowed to stand, after having been amended
so as to conform to what is herein laid down.   Direction is given ac·
cordingly.

*Judgment affirmed, with direction.   All the Justices concurring.*

Argued November 17, 1898. — Decided February 11, 1899.

Action for damages.   Before Judge Butt.   Montgomery su-
perior court.   January 29, 1898.

*A. C. Pate, E. A. Smith, D. M. Roberts* and *J. K. Hines,* for
plaintiffs in error.   *John M. Stubbs,* contra.

---

## THORNTON *et al. v.* ABBOTT, PARKER & COMPANY.

LUMPKIN, P. J.   When a case, because of conflicting evidence, is, upon
the issues of fact involved, close and doubtful, and its determina-
tion depends entirely upon questions of credibility, and there is no
decided weight of evidence in favor of either side, a second new
trial should not be granted to the same party "upon the ground
that the verdict was not authorized by a preponderance of the evi-
dence."                    *Judgment reversed.   All the Justices concurring.*

Argued December 20, 1898. — Decided February 11, 1899.

Complaint.   Before Judge Berry.   City court of Atlanta.
July 7, 1898.

*James L. Key* and *Y. A. Wright,* for plaintiffs in error.
*Dorsey, Brewster & Howell* and *Arthur Heyman,* contra.